# Court of Appeals
# of the State of Georgia

ATLANTA,  August 23, 2012

*The Court of Appeals hereby passes the following order:*

**A12A2513.    VATACS GROUP, INC. v. U.S. BANK NATIONAL ASSOCIATION.**

U.S. Bank National Association filed an action to quiet title to land, and the court entered a decree conclusively establishing its title to the land. Vatacs Group, Inc., a respondent below, has filed a notice of appeal to this Court. We, however, lack jurisdiction.

Under Ga. Const. 1983, Art. VI, Sec. VI, Par. III, the Supreme Court has original appellate jurisdiction over cases involving title to land. Because this appeal involves title to land, jurisdiction lies in the Supreme Court. See *Tharp v. Harpagon Co.*, 278 Ga. 654, 655 (1) (604 SE2d 156) (2004). Accordingly, the appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 08/23/2012
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*



_____ *, Clerk.*